# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States Steel Corporation,                    Civ. No. 19-2354 (SRN/BRT)

        Plaintiff,

v.

                                           **ORDER**

Glacier Park Iron Ore Properties, LLC,

        Defendant.

      The Court is in receipt of Plaintiff United States Steel Corporation's Motion to Seal Complaint Pursuant to Local Rule 5.6(e). (Doc. No. 3.)

      **IT IS HEREBY ORDERED** that the Complaint (Doc. No. 1) be temporarily sealed pursuant to Local Rule 5.6. Counsel for both parties are directed to meet and confer on this matter and file a Joint Motion Regarding Continued Sealing pursuant to Local Rule 5.6(d)(2). That joint motion is due no later than 14 days after the notice of appearance of counsel for the Defendant.

Date: August 28, 2019

                                     *s/ Becky R. Thorson*
                                     BECKY R. THORSON
                                     United States Magistrate Judge